UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2020

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, et al.,

        Plaintiffs,

-against-

SEKO GLOBAL LOGISTICS NETWORK KOREA INC., et al.,

        Defendants.

1:19-cv-04731-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

It having been reported to this Court by the Parties that this case has been settled and a settlement agreement executed, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 10, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: **August 10, 2020**
      **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**